IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LOUIS JONES, | No. C 05-3391 SBA (PR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| OFFICER GAVIN SIERRA, et al., | |
| Defendants. | |

The Court has dismissed the instant complaint without prejudice because Plaintiff's claims are barred under <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-487 (1994). A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/9/08

                                    *Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.05\Jones3391.jud.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONES,

          Plaintiff,

  v.

SIERRA et al,

          Defendant.
_____/

Case Number: CV05-03391 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Louis Jones
2880 Birch Avenue
Camino, CA 95709

Dated: June 12, 2008

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.05\Jones3391.jud.frm      2